# STATE OF WEST VIRGINIA
# SUPREME COURT OF APPEALS

**James Drake,**
**Petitioner Below, Petitioner**

**FILED**

**February 11, 2013**
**RORY L. PERRY II, CLERK**
**SUPREME COURT OF APPEALS**
**OF WEST VIRGINIA**

vs) **No. 11-1606** (Mercer County 10-C-539)

**David Ballard, Warden,**
**Respondent Below, Respondent**

## MEMORANDUM DECISION

Petitioner James Drake, by counsel Paul R. Cassell, appeals the Circuit Court of Mercer County's order entered on October 17, 2011, denying his petition for writ of habeas corpus. Respondent Warden Ballard, by counsel Scott E. Johnson, filed a response in support of the circuit court's decision.

This Court has considered the parties' briefs and the record on appeal. The facts and legal arguments are adequately presented, and the decisional process would not be significantly aided by oral argument. Upon consideration of the standard of review, the briefs, and the record presented, the Court finds no substantial question of law and no prejudicial error. For these reasons, a memorandum decision is appropriate under Rule 21 of the Revised Rules of Appellate Procedure.

Petitioner pled guilty to two counts of first degree murder and one count of malicious wounding, and was sentenced to two life sentences with mercy and to two to ten years of incarceration, all to run consecutively. Petitioner filed several motions for reconsideration of his sentence, and all were denied. Petitioner then filed a habeas petition, and counsel was appointed to file an amended petition. The amended petition alleged an involuntary guilty plea, lack of mental competency, excessive sentence, and a more severe sentence than anticipated. The circuit court denied habeas relief after an omnibus hearing.

This Court reviews appeals of circuit court orders denying habeas corpus relief under the following standard:

> "In reviewing challenges to the findings and conclusions of the circuit court in a habeas corpus action, we apply a three-prong standard of review. We review the final order and the ultimate disposition under an abuse of discretion standard; the underlying factual findings under a clearly erroneous standard; and questions of law are subject to a *de novo* review." Syllabus point 1, *Mathena v. Haines*, 219 W.Va. 417, 633 S.E.2d 771 (2006).

Syl. Pt. 1, *State ex rel. Franklin v. McBride*, 226 W.Va. 375, 701 S.E.2d 97 (2009).

1

On appeal, petitioner argues that his counsel was ineffective in failing to fully investigate his mental state and condition at the time of his criminal proceeding, and that counsel may have overlooked mental health defenses. Petitioner also argues that his consecutive sentences were disproportionate based on his young age, lack of prior criminal history, and remorse. In response, the State argues that there was no ineffective assistance of counsel as all of the medical professionals who examined petitioner found him criminally responsible and competent to stand trial. The State also argues that petitioner's sentence was not disproportionate, as he murdered his mother and father and shot his sister. Thus, the State argues that the sentence does not shock the conscience, is within statutory limits and therefore not subject to review.

Our review of the record reflects no clear error or abuse of discretion by the circuit court. Having reviewed the circuit court's "Order Denying Petitioner's Amended Petition for Writ of *Habeas Corpus*" entered on October 17, 2011, we hereby adopt and incorporate the circuit court's well-reasoned findings and conclusions as to the assignments of error raised in this appeal. The Clerk is directed to attach a copy of the circuit court's order to this memorandum decision.

For the foregoing reasons, we affirm the circuit court's order.

Affirmed.

**ISSUED:** February 11, 2013

**CONCURRED IN BY:**

Chief Justice Brent D. Benjamin
Justice Robin Jean Davis
Justice Margaret L. Workman
Justice Menis E. Ketchum
Justice Allen H. Loughry II